**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Bell,* Slip Opinion No. 2016-Ohio-7560.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-7560

THE STATE OF OHIO, APPELLEE AND CROSS-APPELLANT, *v.* BELL, APPELLANT AND CROSS-APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Bell,* Slip Opinion No. 2016-Ohio-7560.]**

*Criminal law—Due process—Preindictment delay—Sentencing—2011 Am.Sub.H.B. No. 86—Judgment affirmed on the authority of* State v. Jones *and* State v. Thomas.

(No. 2015-1893—Submitted October 11, 2016—Decided November 2, 2016.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Cuyahoga County, No. 102141, 2015-Ohio-4178.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. Jones*, ___ Ohio St.3d ___, 2016-Ohio-5105, ___ N.E.3d ___, with respect to the issues raised in the appeal, and on the authority of *State v. Thomas*, ___ Ohio St.3d ___, 2016-Ohio-5567, ___ N.E.3d ___, with respect to the issues raised in the cross-appeal.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., concur with respect to the appeal, dissent with respect to the cross-appeal, and would reinstate the sentence imposed by the trial court.

_____

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Daniel T. Van, Assistant Prosecuting Attorney, for appellee and cross-appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and Erika B. Cunliffe, Assistant Public Defender, for appellant and cross-appellee.

_____